IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

==Joint stipulated dismissal with prejudice approved 5/17/17.==
==s/ *James S. Gwin*==
==JAMES S. GWIN==
==UNITED STATES DISTRICT JUDGE==

| | |
|---|---|
| THE MEYER COMPANY,<br>d/b/a TOMLINSON INDUSTRIES,<br><br>　　　Plaintiff,<br><br>vs.<br><br>PRIMO WATER CORPORATION,<br><br>　　　Defendant. | CASE NO. 1:17-cv-357-JG<br><br>JUDGE JAMES S. GWIN<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL** |

　　　Plaintiff, The Meyer Company d/b/a Tomlinson Industries (the "Plaintiff") and Defendant, Primo Water Corporation (the "Defendant") (collectively, with Plaintiff, the "Parties"), having entered into a settlement agreement regarding all disputes in the present case, jointly stipulate to an order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41. For the Court's convenience, and attached hereto as Exhibit A, is the Stipulated Order of Dismissal.

　　　The Parties jointly move to dismiss with prejudice all claims and counterclaims in this action pursuant to a private and confidential settlement agreement. The Parties consent to the Court's retention of jurisdiction for the enforcement of the settlement agreement as provided in the settlement agreement. Accordingly, the Parties respectfully request that this Court dismiss all claims, defenses and counterclaims asserted in this action with prejudice and with each party bearing its own costs and attorneys' fees.